UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DANIEL GOMEZ,<br><br>             Plaintiff,<br><br>      v.<br><br>CANYON COUNTY, *et. al.*,<br><br>             Defendants. | Case No. 1:12-cv-00090-BLW<br><br>**ORDER** |

The Courts' July 7, 2012 Order (Dkt. 6) indicated that Plaintiff would have 30 days from the date of that Order to file an amended pleading or voluntarily dismiss his complaint. The Order indicated that if he did neither, the case would be dismissed without further notice. Plaintiff did neither. Accordingly, the case will be dismissed.

**ORDER**

**IT IS ORDERED:**

1. This case be DISMISSED in its entirety.

2. A separate judgment will be issued in accordance with Fed. R. Civ. P. 58.

DATED: **March 12, 2013**

B. LYNN WINMILL
Chief U.S. District Court Judge

**ORDER - 1**