UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DANIEL GOMEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CANYON COUNTY, *et. al.*,<br><br>　　　　　Defendants. | Case No. 1:12-cv-00090-BLW<br><br>**JUDGMENT** |

In accordance with the Order issued concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered and that this case be dismissed in its entirety

DATED:  **March 12, 2013**

_____
B. LYNN WINMILL
Chief U.S. District Court Judge

**JUDGMENT - 1**